AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CAMERON WILLIAMS II ) | Case No: 1:05CR250-001 |
| ) | USM No: 30083-160 |
| Date of Previous Judgment: 10/27/2005 ) | KEVIN M. CAFFERKEY |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __64__ months is reduced to __52 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 19 | Amended Offense Level: | 17 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 57 to 71 months | Amended Guideline Range: | 46 to 57 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

FILED
JUL 1 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

Except as provided above, all provisions of the judgment dated __10/25/2005__ shall remain in effect.
IT IS SO ORDERED.

Order Date: __07/01/2008__

_Christopher A. Boyko_
Judge's signature

Effective Date: _____
(if different from order date)

CHRISTOPHER A. BOYKO, U.S. DISTRICT JUDGE
Printed name and title