UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.1:05CR250-003 |
| | ) | |
| -vs- | ) | |
| | ) | |
| CAMERON WILLIAMS, | ) | |
| | ) | <u>ORDER</u> |
| | ) | |
| Defendant(s). | ) | |

    On October 14, 2009, the Court received a Violation Report from the Pretrial/Probation office requesting an arrest warrant issue for Defendant[1].  The Violation Report listed the nature of each non-compliance: (1) Unauthorized Drug Use on August 26, 2009 and (2) Unauthorized Drug Use on September 23, 2009.

    Defendant, represented by counsel, appeared before this Court for an Initial Appearance - Revocation Hearing on October 28, 2009.

    Suzanne Wilkins, Probation Officer, recited the violations listed in the Violation Report.

    Counsel for Defendant stated the Defendant admits the violations.

    The Government had no objections to the recommendations presented to the Court.

    Therefore, the Court orders:

- Inpatient drug treatment;

---

[1] The Defendant entered a guilty plea on August 4, 2005 to Count 1 of an Indictment charging a violation of 21 U.S.C. 846 and 841(a)(1),(b)(1)(A), and was sentenced on October 27, 2005 to 64 months custody of the Bureau of Prisons followed by 6 years Supervised Release commencing 4/14/2009.

- The Defendant shall comply with all recommendations of inpatient treatment provider and Officer Wilkins;
- The Defendant shall remain detained until admitted to an inpatient drug treatment program; and,
- The United States Marshall shall transport Defendant to the nearest facility upon admittance to a treatment program.

IT IS SO ORDERED.

<u>S/Christopher A. Boyko</u>
CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

November 9, 2009